Dean P. Sperling, Esq.
dsperling@sperlinglaw.com
Attorney for Plaintiff Tinhvan Technologies JSC
Bar # 82936
201 East Sandpointe, Suite 220
Santa Ana, California 92707
Telephone: 714-438-8090
Facsimile: 714-438-8088

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TINHVAN TECHNOLOGIES JSC,<br><br>       Plaintiff,<br><br>    vs.<br><br>KENNETH MOSS, an individual d/b/a One Software LLC,<br><br>       Defendant. | **CASE NO. SACV 10-1260-JVS(Ex)**<br><br>**JUDGMENT** |

Defendant Kenneth Moss, having failed to appear, plead or otherwise defend in this action, and default having been entered on October 8, 2010, and counsel for Plaintiff Tinhvan Technologies JSC having requested judgment against the defaulted defendant and having filed a proper application and declaration in accordance with Federal Rule of Civil Procedure 55 (b);

Judgment is hereby entered in favor of Plaintiff and against Defendant Kenneth Moss, as follows: (1) principal of $117,400.00; (2) cost of $350.00; and (3) interest on the judgment at the legal rate until the judgment is satisfied.

Dated:  March 15, 2011

_____
James V. Selna
United States District Judge